

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **02-50698**
**MICHAEL B BARNES** )
**PAMELA R BARNES** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **Michael B & Pamela R. Barnes**
   **Check No. 712521**
   **Amount - $29.74**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $29.74 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **11/13/2009**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
<u>krucinski@ch13akron.com</u>
<u>jferrise@ch13akron.com</u>

*[Handwritten: Check 728620 # 81066]*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**MICHAEL B BARNES**
**654 SENN DR**
**TALLMADGE, OH 44278**
**(Via Regular Mail)**

**PAMELA R BARNES**
**654 SENN DR**
**TALLMADGE, OH 44278**
**(Via Regular Mail)**

**JAMES F CICCOLINI (via ECF)**

**(via Regular Mail)**

Date of Service: **11/13/2009**

By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com